# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re: GANGL, THOMAS J. § Case No. 13-30482-SH
GANGL, MARY E. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KIP M. KALER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $211,002.66                                    Assets Exempt: $61,893.66
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,239.14                       Claims Discharged
                                                                 Without Payment: $142,687.75

Total Expenses of Administration: $1,760.86

3) Total gross receipts of $ 3,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $149,429.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,760.86 | 1,760.86 | 1,760.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 138,130.00 | 99,008.89 | 99,008.89 | 1,239.14 |
| **TOTAL DISBURSEMENTS** | $287,559.00 | $100,769.75 | $100,769.75 | $3,000.00 |

4) This case was originally filed under Chapter 7 on July 18, 2013. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2014     By: /s/KIP M. KALER
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER TO WORLD LAW GROUP | 1241-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bank | 4110-000 | 143,320.00 | N/A | N/A | 0.00 |
| NOTFILED | Gate City Bank | 4110-000 | 6,109.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$149,429.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KIP M. KALER | 2100-000 | N/A | 750.00 | 750.00 | 750.00 |
| KIP M. KALER | 2200-000 | N/A | 98.08 | 98.08 | 98.08 |
| CLERK, US BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| KALER DOELING, PLLP | 3110-000 | N/A | 540.00 | 540.00 | 540.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| KALER DOELING, PLLP | 3120-000 | N/A | 39.78 | 39.78 | 39.78 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,760.86** | **$1,760.86** | **$1,760.86** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Personal Loan | 7100-000 | 19,033.00 | 20,849.39 | 20,849.39 | 260.94 |
| 2 | Discover Bank | 7100-000 | 11,290.00 | 11,290.83 | 11,290.83 | 141.31 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 24,454.00 | 24,454.85 | 24,454.85 | 306.06 |
| 4 | US Department of Education | 7100-000 | 30,500.00 | 34,477.98 | 34,477.98 | 431.51 |
| 5 | eCAST Settlement Corporation assignee of Chase | 7100-000 | 7,935.00 | 7,935.84 | 7,935.84 | 99.32 |
| NOTFILED | Bank Of North Dakota Student Loans | 7100-000 | 3,205.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nelson, Watson, & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Usdoe/glelsi | 7100-000 | 30,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Rodenburg Law Firm | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of North Dakota Student Loans | 7100-000 | 5,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of North Dakota Student Loans | 7100-000 | 3,205.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of North Dakota Student Loans | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$138,130.00** | **$99,008.89** | **$99,008.89** | **$1,239.14** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-30482-SH  
**Case Name:** GANGL, THOMAS J.  
GANGL, MARY E.  
**Period Ending:** 12/09/14

**Trustee:** (540050) KIP M. KALER  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 08/23/13  
**Claims Bar Date:** 01/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  HOME AT 241 32ND AVE. N. FARGO, ND 58102, LEGAL:<br>Orig. Description: Home at 241 32nd Ave. N. Fargo, ND 58102, Legal: Lot 16 Block 1 Van Raden's Addition to the City of Fargo, County of Cass, OnlyValue based on January 2011 Appraisal; Imported from original petition Doc# 1 | 143,000.00 | 0.00 | | 0.00 | FA |
| 2  CASH ON HAND<br>Orig. Description: Cash on hand; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3  BELL STATE BANK & TRUST CHECKING ENDING #4186<br>Orig. Description: Bell State Bank & Trust Checking ending #4186; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4  BELL STATE BANK & TRUST CHECKING ENDING #6419 IN<br>Orig. Description: Bell State Bank & Trust Checking ending #6419 in banks, savings and loan,; Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5  BELL STATE BANK & TRUST SAVINGS ENDING #0818<br>Orig. Description: Bell State Bank & Trust Savings ending #0818; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6  BELL STATE BANK & TRUST SAVINGS ENDING #4078, MI<br>Orig. Description: Bell State Bank & Trust Savings ending #4078, minor child's brokerage houses, or account, $140 balance, property of minor child; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO<br>Orig. Description: Household goods and furnishings, including audio, video, and computer equipment.; Imported from original petition Doc# 1 | 2,205.00 | 0.00 | | 0.00 | FA |
| 8  BOOKS, PICTURES AND OTHER ART OBJECTS, | 400.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-30482-SH  
**Case Name:** GANGL, THOMAS J.  
GANGL, MARY E.  
**Period Ending:** 12/09/14

**Trustee:** (540050) KIP M. KALER  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 08/23/13  
**Claims Bar Date:** 01/06/14

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | ANTIQUES,  Orig. Description: Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.; Imported from original petition Doc# 1 |  |  |  |  |  |
| 9 | CLOTHING  Orig. Description: Clothing; Imported from original petition Doc# 1 | 200.00 | 200.00 |  | 0.00 | FA |
| 10 | NECKLACES, WEDDING RINGS  Orig. Description: Necklaces, Wedding Rings; Imported from original petition Doc# 1 | 300.00 | 0.00 |  | 0.00 | FA |
| 11 | BICYCLES (3), EXERCISE EQUIPMENT  Orig. Description: Bicycles (3), exercise equipment; Imported from original petition Doc# 1 | 100.00 | 0.00 |  | 0.00 | FA |
| 12 | POOL TABLE  Orig. Description: Pool Table; Imported from original petition Doc# 1 | 100.00 | 0.00 |  | 0.00 | FA |
| 13 | SEWING MACHINES (2)  Orig. Description: Sewing Machines (2); Imported from original petition Doc# 1 | 60.00 | 0.00 |  | 0.00 | FA |
| 14 | STATE FARM WHOLE LIFE INSURANCE $50,000.00 FACE  Orig. Description: State Farm Whole Life Insurance $50,000.00 Face Value, Cash value $1,135.54; Imported from original petition Doc# 1 | 1,135.54 | 0.00 |  | 0.00 | FA |
| 15 | STATE FARM WHOLE LIFE INSURANCE EACH. $50,000 FA  Orig. Description: State Farm Whole Life Insurance each. $50,000 face value, cash value $6,207.92; Imported from original petition Doc# 1 | 6,207.92 | 0.00 |  | 0.00 | FA |
| 16 | STATE FARM WHOLE LIFE INSURANCE; INSURES MINOR S  Orig. Description: State Farm Whole Life Insurance; insures minor son Face Value $15,000.00; Cash value $427.65; Imported from original petition Doc# 1 | 427.65 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-30482-SH  
**Case Name:** GANGL, THOMAS J.  
GANGL, MARY E.  
**Period Ending:** 12/09/14

**Trustee:** (540050) KIP M. KALER  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 08/23/13  
**Claims Bar Date:** 01/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 17   401K PLAN; SUPERVALU STAR, ACCOUNT ENDING #7000<br>  Orig. Description: 401K Plan; Supervalu Star, account ending #7000; Imported from original petition Doc# 1 | 29,748.88 | 0.00 | | 0.00 | FA |
| 18   NDPERS RETIREMENT ACCOUNT GIVE PARTICULARS.<br>  Orig. Description: NDPERS Retirement Account Give particulars.; Imported from original petition Doc# 1 | 17,378.67 | 0.00 | | 0.00 | FA |
| 19   2012 STATE TAX REFUND TAX REFUNDS. GIVE<br>  Orig. Description: 2012 State Tax refund tax refunds. Give; Imported from original petition Doc# 1 | 59.00 | 0.00 | | 0.00 | FA |
| 20   1998 SATURN SL2, 142,000 MILES, FAIR CONDITION<br>  Orig. Description: 1998 Saturn SL2, 142,000 miles, fair condition; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 21   2008 CHEVROLET UPLANDER LS, 71,000 MILES, GOOD C<br>  Orig. Description: 2008 Chevrolet Uplander LS, 71,000 miles, good condition OBA; Imported from original petition Doc# 1 | 7,000.00 | 0.00 | | 0.00 | FA |
| 22   LAWNMOWER; SNOW BLOWER<br>  Orig. Description: Lawnmower; snow blower; Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 23   MISC. HOUSEHOLD TOOLS, DRILLS, SAW, WEED EATER<br>  Orig. Description: Misc. Household Tools, drills, saw, weed eater; Imported from original petition Doc# 1 | 85.00 | 0.00 | | 0.00 | FA |
| 24   FRAUDULENT TRANSFER TO WORLD LAW GROUP  (u) | 2,618.20 | 2,618.20 | | 3,000.00 | FA |
| 24   Assets   Totals (Excluding unknown values) | **$213,620.86** | **$2,818.20** | | **$3,000.00** | **$0.00** |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-30482-SH  
**Case Name:** GANGL, THOMAS J.  
       GANGL, MARY E.  
**Period Ending:** 12/09/14

**Trustee:** (540050) KIP M. KALER  
**Filed (f) or Converted (c):** 07/18/13 (f)  
**§341(a) Meeting Date:** 08/23/13  
**Claims Bar Date:** 01/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

   Closed

**Initial Projected Date Of Final Report (TFR):**   July 31, 2014      **Current Projected Date Of Final Report (TFR):**    September 17, 2014  (Actual)

Printed: 12/09/2014 02:49 PM    V.13.20

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-30482-SH
**Case Name:** GANGL, THOMAS J.
GANGL, MARY E.
**Taxpayer ID #:** **-***7772
**Period Ending:** 12/09/14

**Trustee:** KIP M. KALER (540050)
**Bank Name:** Rabobank, N.A.
**Account:** ******8266 - Checking Account
**Blanket Bond:** $13,150,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/14 | {24} | Prosperity Bank | Payment per settlement agreement with debt settlement company | 1241-000 | 3,000.00 | | 3,000.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 10/24/14 | 101 | CLERK, US BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 2,667.00 |
| 10/24/14 | 102 | Discover Personal Loan | Dividend paid   1.25% on $20,849.39; Claim# 1; Filed: $20,849.39; Reference: | 7100-000 | | 260.94 | 2,406.06 |
| 10/24/14 | 103 | Discover Bank | Dividend paid   1.25% on $11,290.83; Claim# 2; Filed: $11,290.83; Reference: | 7100-000 | | 141.31 | 2,264.75 |
| 10/24/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid   1.25% on $24,454.85; Claim# 3; Filed: $24,454.85; Reference: | 7100-000 | | 306.06 | 1,958.69 |
| 10/24/14 | 105 | US Department of Education | Dividend paid   1.25% on $34,477.98; Claim# 4; Filed: $34,477.98; Reference: | 7100-000 | | 431.51 | 1,527.18 |
| 10/24/14 | 106 | eCAST Settlement Corporation assignee of Chase | Dividend paid   1.25% on $7,935.84; Claim# 5; Filed: $7,935.84; Reference: | 7100-000 | | 99.32 | 1,427.86 |
| 10/24/14 | 107 | KIP M. KALER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 848.08 | 579.78 |
| | | | Dividend paid 100.00%       750.00 on $750.00;  Claim# ; Filed: $750.00 | 2100-000 | | | 579.78 |
| | | | Dividend paid 100.00%        98.08 on $98.08;  Claim# ; Filed: $98.08 | 2200-000 | | | 579.78 |
| 10/24/14 | 108 | KALER DOELING, PLLP | Combined Check for Claims#et_al. | | | 579.78 | 0.00 |
| | | | Dividend paid 100.00%       540.00 on $540.00;  Claim# ; Filed: $540.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%        39.78 on $39.78;  Claim# ; Filed: $39.78 | 3120-000 | | | 0.00 |

Subtotals :       $3,000.00       $3,000.00

{} Asset reference(s)                                                                                 Printed: 12/09/2014 02:49 PM    V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-30482-SH | **Trustee:** KIP M. KALER (540050) |
| **Case Name:** GANGL, THOMAS J. | **Bank Name:** Rabobank, N.A. |
| GANGL, MARY E. | **Account:** ******8266 - Checking Account |
| **Taxpayer ID #:** **-***7772 | **Blanket Bond:** $13,150,000.00 (per case limit) |
| **Period Ending:** 12/09/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,000.00 | 3,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,000.00 | 3,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.00** | **$3,000.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8266** | 3,000.00 | 3,000.00 | 0.00 |
| | **$3,000.00** | **$3,000.00** | **$0.00** |

{} Asset reference(s)                                                                                          Printed: 12/09/2014 02:49 PM    V.13.20